FILED
HARRISBURG, PA

DEC 0 7 2016

BDB:JJT:nl

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:16-CR-357 |
| | ) |
| v. | ) |
| | ) ( Kane , J.) |
| CHAD MICHAEL STONER and | ) |
| EMILY TERESA WINAND, | ) |
| | ) |
| Defendants. | ) |

## INDICTMENT

## COUNT 1

### Conspiracy to Transmit a Threat in Interstate Commerce
(Title 18, United States Code, Section 371)

THE GRAND JURY CHARGES THAT:

### THE DEFENDANTS

At all times material to this Indictment:

1.  Defendant Chad Michael Stoner ("Stoner") resided in

Conewago Township, York County, Pennsylvania.

2.  Defendant Emily Teresa Winand ("Winand") resided in

Conewago Township, York County, Pennsylvania.

## THE CONSPIRACY

3.    On or about August 10, 2016, within the Middle District of Pennsylvania and elsewhere, Defendants

### CHAD MICHAEL STONER

### and

### EMILY TERESA WINAND

conspired and agreed together to transmit in interstate commerce a communication containing a threat to injure the person of another, to wit, a threat to injure police officers and municipal employees of Conewago Township, Pennsylvania in violation of Title 18, United States Code, Section 875(c).

## OVERT ACT

In furtherance of said conspiracy and to effect the illegal object thereof, Defendants

### CHAD MICHAEL STONER

### and

### EMILY TERESA WINAND

committed the following overt act in the Middle District of Pennsylvania:

4. On or about August 10, 2016, Defendant Winand used her YouTube account to post the video on which Defendant Stoner is heard communicating a threat to injure Conewago Township officials and police officers.

In violation of Title 18, United States Code, Section 371.

## COUNT 2

### Transmitting a Threat in Interstate Commerce
(Title 18, United States Code, Section 875(c))

THE GRAND JURY FURTHER CHARGES THAT:

5. The allegations contained in Count 1 of this Indictment are incorporated in Count 2 as if fully set forth.

6. On or about August 10, 2016, within the Middle District of Pennsylvania and elsewhere, Defendants

### CHAD MICHAEL STONER

### and

### EMILY TERESA WINAND

transmitted in interstate commerce a communication containing a threat to injure a person of another, to wit, a threat to injure police officers and municipal employees of Conewago Township, Pennsylvania.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 3

### Felon in Possession of Firearm
### (Title 18, United States Code, Section 922(g)(1))

THE GRAND JURY FURTHER CHARGES THAT:

7.    On or about July 8, 2016, in York County, within the Middle District of Pennsylvania, the defendant,

### CHAD MICHAEL STONER,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, a 2007 York County, Pennsylvania, conviction, did knowingly possess firearms, that is, a Winchester Model 70, .270 caliber rifle, serial number G2407388, a Remington Arms Company Model 700, .300 caliber rifle, serial number E6795995, and a Remington Model 700, 30-06, Budweiser Limited Edition, serial number 6494481, all three firearms having been shipped and transported in interstate commerce.

-4-

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON, GRAND JURY

BRUCE D. BRANDLER
UNITED STATES ATTORNEY

By:_____
JOSEPH J. TERZ
ASSISTANT U.S. ATTORNEY

12-7-2016
_____
DATE