IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | No. 1:16-cr-000357 |
| v. : | |
| : | (Judge Kane) |
| CHAD MICHAEL STONER and : | |
| EMILY WINAND, : | |
|     Defendants : | |

# ORDER

**AND NOW**, on this 30th day of October 2017, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The Government's motion in limine (Doc. No. 77), is **GRANTED**. Defendant Stoner will be precluded from offering any evidence or argument regarding a mistake of fact defense to the Section 922(g)(1) charge;

2. Defendant Stoner's motion in limine (Doc. No. 82), is **DENIED WITHOUT PREJUDICE** to his ability to raise a challenge to the admissibility of statements made by him at the trial of this matter; and

3. Jury selection and trial will be held on Monday, November 6, 2017 at 9:30 a.m. in Courtroom No. 4, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania