IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case Number: 1:16-CR-0357-01 |
| | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| CHAD MICHAEL STONER, | : | |
| | : | |

## MOTION TO WITHDRAW PLEA

NOW, this 28th day of November 2017, the defendant in the above captioned case, in open court, moves to be permitted to withdraw his plea of **NOT GUILTY** and to enter a plea of **GUILTY** to count(s) 6 of the Indictment.

_____
Defendant

_____
Counsel R. Davis Younts

## ORDER

NOW, this 28th day of November 2017, it is recommended that the motion be **GRANTED**.

_____
s/Yvette Kane
Yvette Kane
United States District Judge

## PLEA

NOW, this 28th day of November 2017, the defendant, <u>Chad Michael Stoner</u> in open court enters his plea of **GUILTY** to count(s) 6 of the Indictment.

_____
Defendant

_____
Counsel R. Davis Younts